# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

BRENDA KINNAMAN                                                                                   PLAINTIFF

v.                                      NO. 4:17CV00519 JLH

WHITNEY TURK HARTMAN;
and AKEL HOLDINGS, INC.                                                                        DEFENDANTS

## ORDER OF DISMISSAL

Having been notified that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 30th day of July, 2018.

                                                                     _____
                                                                     J. LEON HOLMES
                                                                    UNITED STATES DISTRICT JUDGE